## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| NEIL ROBINSON, AIS 173001, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-0276-CG-C |
| | ) | |
| CYNTHIA STEWART, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED,**

**ADJUDGED,** and **DECREED** that petitioner's request for habeas corpus relief,

pursuant to 28 U.S.C. § 2254, is **DISMISSED** as time-barred pursuant to 28 U.S.C.

§ 2244(d).  Robinson is not entitled to a certificate of appealability and, therefore, he

is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 29th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE